# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0134. QUANDALYN LUCAS v. W. KENDALL WYNNE, JR., CHIEF JUDGE OF NEWTON SUPERIOR COURT et al.

Quandalyn Lucas, acting pro se, has filed a Petition for Writ of Mandamus in this dispossessory action to compel the superior court to, among other things, address a temporary injunction on the record, issue written findings of fact and conclusions of law, and rule on Lucas' defenses and counterclaims. This Court's original mandamus jurisdiction under Court of Appeals Rule 40 (c) "is narrow and will be exercised sparingly." Upon consideration of Lucas' petition, it is hereby DENIED. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV; OCGA § 9-6-20; Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/11/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*